## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID SHULICK and | : | |
| CHERIE SHULICK, | : | CIVIL ACTION |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED AIRLINES and | : | |
| US AIRWAYS, | : | NO. 11-1350 |
|     Defendants. | : | |

## **O R D E R**

**AND NOW**, this 2nd day of February, 2012, upon consideration of the Motions to Dismiss filed by Defendant U.S. Airways (Doc. No. 15) and Defendant United Airlines (Doc. No. 16), Plaintiffs' Responses in Opposition thereto, and for the reasons stated in the attached Memorandum Opinion, it is hereby **ORDERED** that the Motions to Dismiss are **GRANTED** and Plaintiffs' claims are hereby **DISMISSED**.

                                                                  BY THE COURT

                                                                  S/Gene E.K. Pratter
                                                                  GENE E.K. PRATTER
                                                                  UNITED STATES DISTRICT JUDGE